IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| NORTH TEXAS DRYWALL SYSTEMS, LLC, UNITED STATES OF AMERICA FOR THE USE AND BENEFIT OF NORTH TEXAS DRYWALL SYSTEMS, LLC.; | § § § § § § | |
| *Plaintiff,* | § § | SA-24-CV-00185-JKP |
| vs. | § § | |
| CADDELL CONSTRUCTION CO., LLC, TRAVELERS CASUALTY AND SURETY COMPANY, | § § § § | |
| *Defendants.* | § § | |

## <u>ORDER OF ADMINISTRATIVE CLOSURE</u>

Before the Court in the above-styled cause of action is the parties' Status Report and Joint Request to Extend Stay of Proceedings [#14].  On May 20, 2024, the Court stayed this case pending the completion of arbitration.  The parties' status report informs the Court the parties are involved in a complex, multi-party arbitration process that they do not expect to be resolved for several more years if the case does not settle.  In light of these representations, the Court will administratively close this case until further order.  When a case is subject to an indefinite stay, it is appropriate for administrative closure.  *Mire v. Full Spectrum Lending, Inc.*, 389 F.3d 163, 167 (5th Cir. 2004).  The act of administrative closure is not a dismissal or disposition of the case, nor any reflection or comment on the merits of this action.  The Court or any party may initiate further proceedings as warranted.  *See id.*

**IT IS THEREFORE ORDERED** that the Clerk **ADMINISTRATIVELY CLOSE** this case pending further Court order.  The parties shall continue to update the Court on the status of

the arbitration with the previously ordered quarterly status updates and shall inform the Court promptly if they settle their dispute.

SIGNED this 25th day of April, 2025.

_____
ELIZABETH S. ("BETSY") CHESTNEY
UNITED STATES MAGISTRATE JUDGE